# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Paradise Pillow, Inc. ) ASBCA Nos. 62027, 62028
)
Under Contract No. N00189-18-P-1335 )

APPEARANCE FOR THE APPELLANT: Daniel A. Bellman, Esq.
Granville, OH

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Daniel J. Monahan, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 2, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62027, 62028, Appeals of Paradise Pillow, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals